**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In re:**

                                           **Case No.: 6:14-bk-11846-KSJ**

**MICHAEL JAMES WALKER, II and**       **Chapter 13**
**APRIL ELAINE WALKER,**

        **Debtors.**
_____/

    x    **Chapter 13 Plan**                  **Amended Chapter 13 Plan**

        **COME NOW**, the Debtors, **MICHAEL JAMES WALKER, II and APRIL ELAINE WALKER,** by and through their undersigned attorney, and file this Chapter 13 Plan.

        The projected disposable income of the Debtors is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtors shall pay the following sums to the Chapter 13 Standing Trustee:

**PLAN PAYMENTS**

| Payment Number | Months of Plan | Amount of Plan Payment |
|---|---|---|
| 1-33 | January 17, 2015 through and including September 17, 2017 | $1,125.00 |
| 34-60 | October 17, 2017 through and including December 17, 2019 | $1,206.00 |

        The Debtors shall pay by **money order**, **cashier's check, online** or **wage deduction**, to **Laurie K. Weatherford, Chapter 13 Standing Trustee**, **Post Office Box 1103, Memphis, Tennessee 38101-1103**. The Debtors' name and case number must be indicated clearly on all payments.

**PAYMENT OF CLAIMS THROUGH THE PLAN**

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| **Shane M. Smith, LL.M., Esquire** | $ 3,225.00 | $100.00 | 1-32 |
| **Shane M. Smith, P.A**. | [Chapter 13 Bankruptcy Fee/ Pre-Confirmation] | $ 25.00<br>$ 0.00 | 33<br>34-60 |

**Priority Claims**

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and:

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| N/A | | | |

**Secured Claims**

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| **World Omni Financial Corp.**<br>Auto: 2014 Toyota Camry<br>VIN: 4TIBF1FK9EU856043<br>Loan or account ending 2245 | $28,442,44<br>Ongoing Claim | $487.28<br>[contractual amount] | 1-60 |
| **World Omni Financial Corp.**<br>Auto: 2014 Toyota Corolla<br>VIN: 2T1BURHEXEC225170<br>Loan or account ending 1080 | $22,939.34<br>[Ongoing Claim] | $404.55<br>[contractual amount] | 1-60 |
| **Synchrony Bank**<br>Furniture<br>Loan or account ending 8501 | $ 4,868.00 | $ 20.00<br>$193.36 | 1-33<br>34-60 |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| N/A | | | |

**Secured Gap Payment**

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| N/A | | | |

**Property/Property Interest to Be Surrendered**

| Name of Creditor | Property Description |
|---|---|
| **Ocwen Loan Servicing LLC**<br>Loan or account ending 6760 | Single family residence and real property located at 226 Bear Trail, New Bern, North Carolina 28562<br><br>Legal Description:  All that certain lot or parcel of land situated in the City of New Bern, Number Six Township, Craven County, North Carolina and more particularly described as follows:  Being all of Lot No. 59 as same is shown and delineated on the map of Indiana Woods Park Subdivision, Section One, Phase Five, said map being recorded in the Office of the Register of Deeds of Craven County in Plat Cabinet H, Slides 89 C & D, reference to said map being made for a more particular description of the aforesaid lot.<br><br>A.P.N.: 6-203-2-059 |
| **Craven County, North Carolina Tax Collector** | Same property as noted above |
| **Equiant or current creditor**<br>Loan or account ending 4141 | Timeshare interest<br>57,000 timeshare interval points<br>Interval International II, d/b/a Surrey Vacation Club<br>Points represent usage of Unit No. 11-504A, 1 Bedroom, Week 9, Even Years<br>Surrey Grand Crowne Resorts<br>430 C. State Highway 165 South<br>Branson, Missouri 65616 |
| **Resort Funding LLC or current creditor**<br>Loan or account ending 0658 | Same timeshare interest as noted above |
| Wells Fargo Financial Bank | Any interest in any furniture purchased on account |

**Valuation of Security**

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| N/A | | | |

**Executory Contracts**

    The following Executory Contracts are assumed:

        1.    Residential Lease
              Landlords: Coquese and Darin Wilson
              c/o Showcase Properties Management
              8660 Astronaut Boulevard #208
              Cape Canaveral, Florida 32920
              Term: 07/11/2014 - 07/11/2015
              Rent: $1,850.00 per month
              Premises: 2753 Glen Ridge Circle, Merritt Island, FL 32953

    The following Executory Contracts are rejected:

        1.    Surrey Vacation Club Membership Agreement
              Date of Contract: 07/30/2010
              Members: Michael James Walker II and April Elaine Walker
              57,000 timeshare interval points
              Interval International II, d/b/a Surrey Vacation Club
              Points represent usage of Unit No. 11-504A, 1 Bedroom, Week 9, Even Years
              Surrey Grand Crowne Resorts

        2.    Wayne Alchin
              Residential Lease
              Term: 06/1/2014 - 06/15/2015
              Rent: $1,300.00 per month
              Premises: 226 Bear Trail, New Bern, North Carolina 28560

**Unsecured Creditors:** General unsecured creditors, whose claims are timely filed and allowed, shall receive a pro rata share of the balance of the funds remaining after payments to administrative, priority, and secured creditors are made and after priority and secured creditors' claims are paid in full. This Plan provides for an estimated 1% or less distribution to the general unsecured creditors in this case. The percentage distribution to the general unsecured creditors may increase or decrease before or after Confirmation of the Debtors' Plan.

**Debtors' instructions as to tax returns and tax refunds**: All tax returns that come due during the term of the Plan must be filed by the April tax due date and timely. Each year of the Plan term and by no later than April 30th, the Debtors shall forward to the undersigned attorney's office and to the Chapter 13 Trustee a complete copy of the <u>filed</u> tax return with all schedules and statements attached. The tax return must be sent to the correspondence address of the Chapter 13 Trustee, Laurie K. Weatherford. The Trustee's correspondence-only address is Post Office Box 3450, Winter Park, Florida 32790-3450. The tax return may also be uploaded to the Trustee's document site by the undersigned law firm.

If a tax is due on the subject tax return, the Debtors must forward proof that the tax has been timely paid by the April deadline.  If there is a refund on the subject tax return, the Debtors must forward the refund to the Trustee's payment address, absent Court or Trustee approval to keep the tax refund.

| | |
|---|---|
| Executed on: December 29, 2014 | */s/ Michael James Walker, II* <br> Michael James Walker, II, Debtor |
| Executed on: December 29, 2014 | */s/ April Elaine Walker* <br> April Elaine Walker, Joint Debtor |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this document is being served on the date of the filing of this document by CM/ECF electronic transmission on those parties receiving electronic notice in this case. **I HEREBY FURTHER CERTIFY** that a true and correct copy of this document is being served upon creditors and interested parties, as shown on the attached Court mailing matrix, by United States Regular Mail, postage prepaid on December 30, 2014.

Respectfully submitted,

**SHANE M. SMITH, P.A.**

BY:   /s/ *Shane M. Smith, LL.M., Esquire*
Shane M. Smith, LL.M., Esquire
Florida Bar Number: 107872
3990 Minton Road
Melbourne, Florida 32904
Telephone: (321) 724-1919
shane@shanesmithlegal.com
Attorney for the Debtors

```
Label Matrix for local noticing          OCWEN LOAN SERVICING, LLC              April Elaine Walker
113A-6                                   Brock & Scott PLLC                     2753 Glenridge Circle
Case 6:14-bk-11846-KSJ                   c/o Lindsey A Savastano                Merritt Island, FL 32953-2953
Middle District of Florida               1501 NW 49th St Ste 200
Orlando                                  Fort Lauderdale, FL 33309-3723
Tue Dec 30 14:23:02 EST 2014

Michael James Walker II                  World Omni Financial Corp              (p)BANK OF AMERICA
2753 Glenridge Circle                    c/o James B. Flanigan, Esq.            PO BOX 982238
Merritt Island, FL 32953-2953            110 SE 6th Str, 15th Flr               EL PASO TX 79998-2238
                                         Fort Lauderdale, FL 33301-5004


Brevard County Tax Collector             Citimortgage Inc                       Comenity Bank/Nwyrk&Co
Attn:  Honorable Lisa Cullen, CFC        Po Box 9438                            220 W Schrock Rd
Post Office Box 2500                     Gaithersburg, MD 20898-9438            Westerville, OH 43081-2873
Titusville FL 32781-2500


Comenity Bank/Vctrssec                   Equiant                                Equiant
Po Box 182789                            Officer, Director, Agent,              P.O. Box 78843
Columbus, OH 43218-2789                  or Attorney                            Pheonix, AZ 85062-8843
                                         P O Box 78843
                                         Phoenix, AZ 85062-8843


Equiant Financial Services               Esb/Harley Davidson Cr                 Florida Department of Revenue
Officer, Director, Agent,                Po Box 21829                           Bankruptcy Unit
or Attorney                              Carson City, NV 89721-1829             Post Office Box 6668
5401 N. Pima Rd. Ste. 150                                                       Tallahassee FL 32314-6668
Scottsdale, AZ 85250-2630


Gmac Mortgage                            Internal Revenue Service               Kinetic Federal Cr Uni
Po Box 4622                              Post Office Box 7346                   1251 13th St
Waterloo, IA 50704-4622                  Philadelphia PA 19101-7346             Columbus, GA 31901-2227


(p)CREDITORS BANKRUPTCY SERVICE          Mtg Invstr                             NAVY FEDERAL CREDIT UNION
PO BOX 800849                            6090 Central Ave                       PO BOX 3000
DALLAS TX 75380-0849                     Saint Petersburg, FL 33707-1622        MERRIFIELD VA 22119-3000


Navy Federal Cr Union                    Ocwen Loan Servicing L                 Ocwen Loan Servicing LLC
Po Box 3700                              3451 Hammond Ave                       Officer, Director, Agent,
Merrifield, VA 22119-3700                Waterloo, IA 50702-5345                or Attorney
                                                                                3451 Hammond Ave.
                                                                                Waterloo, IA 50702-5345


Quantum3 Group LLC as agent for          Resort Funding LLC                     Rivertowne Rentals
Comenity Bank                            Officer, Director, Agent,              Officer, Director, Agent,
PO Box 788                               or Attorney                            or Attorney
Kirkland, WA  98083-0788                 360 S. Warren St. 12th Fl.             1914 Trent Blvd.
                                         Syracuse, NY 13202-2037                New Bern, NC 28560-4538


Showcase Properties                      South Eastern Toyota Finance           SouthEast Toyota Finance
8660 Astronaut Blvd                      P.O. Box 70832                         P.O. Box  70832
Cape Canaveral, FL 32920-4324            Charlotte, NC 28272-0832               Charlotte, NC 28272-0832
```

| | | |
|---|---|---|
| Surrey Vacation Resorts, Inc.<br>Officer, Director, Agent,<br>or Attorney<br>430-C State Hwy. 165 S.<br>Branson, MO 65616-3541 | Syncb/Care Credit<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 | Syncb/Havertys<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 |
| Synchrony Bank/Haverty's<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 | Usaa Federal Savings B<br>Po Box 47504<br>San Antonio, TX 78265-7504 | Usaa Savings Bank<br>Po Box 47504<br>San Antonio, TX 78265-7504 |
| Wayne Alchin<br>226 Bear Tr.<br>New Bern, NC 28562-9337 | Wffnatbank<br>Po Box 94498<br>Las Vegas, NV 89193-4498 | World Omni<br>Po Box 91614<br>Mobile, AL 36691-1614 |
| Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | United States Trustee - ORL7/13 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Lindsey A Savastano +<br>Brock & Scott, PLLC<br>1501 NW 49th Street, Ste 200<br>Fort Lauderdale, FL 33309-3723 |
| James B Flanigan +<br>Tripp Scott, PA<br>110 SE 6th Street, 15th Floor<br>Fort Lauderdale, FL 33301-5004 | Shane M Smith +<br>Shane M. Smith, P.A.<br>3990 Minton Road<br>Melbourne, FL 32904-9558 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 | Military Star<br>3911 S Walton Walker Blv<br>Dallas, TX 75236 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Karen S. Jennemann
Orlando

End of Label Matrix
Mailable recipients    44
Bypassed recipients     1
Total                  45